UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RANDALL CRAIG                                CIVIL ACTION

VERSUS                                       NO. 11-2029 C/W 11-2113
                                             *Applies to 11-2029 only*

APACHE DEEPWATER, LLC.                       SECTION "B"(1)

## ORDER

Considering the foregoing joint Motion for Partial Dismissal (Rec. Doc. No. 12),

**IT IS ORDERED** that the Motion is **GRANTED.** All claims asserted by Randall Craig in the above-captioned action are **DISMISSED WITH PREJUDICE.** This partial dismissal with prejudice does not affect the claims of Donald Brandon Pharr, Docket No. 11-2113.

New Orleans, Louisiana, this 11th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE